IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMI TAVAKE,

     Plaintiff,                           No. CIV S-12-0041 KJM GGH PS

    vs.

CHASE BANK,

     Defendant.

_____/

        The Court, having reviewed the parties' Stipulation (ECF 9), hereby orders as follows:

        1.    The action is stayed until March 30, 2012; and

        2.    The time for Defendant JPMorgan Chase Bank, N.A. to file a responsive pleading to Plaintiff's Complaint is extended to April 13, 2012.

        IT IS SO ORDERED.

DATED: January 24, 2012.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE