**BRYAN CAVE LLP**
C. Scott Greene, California Bar Number 277445
Tina L. Naicker, California Bar Number 252766
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:     (415) 675-3434
E-mail:         scott.greene@bryancave.com
                    naickert@bryancave.com

**BRYAN CAVE LLP**
Sean D. Muntz, California Bar No. 223549
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:    (949) 223-7000
Facsimile:     (949) 223-7100
Email:          sean.muntz@bryancave.com

Attorneys for Defendants, JPMORGAN CHASE BANK, N.A.(erroneously sued herein as JPMORGAN BANK OR CHASE) and CALIFORNIA RECONVEYANCE COMPANY.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI TAVAKE AND SAMUEI TAVAKE<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, JPMORGAN BANK OR CHASE, MARINERS CAPITAL, INC., CALIFORNIA RECONVEYANCE COMPANY, OPTION ONE MORTGAGE CORPORATION, AND DOES 1-20, INCLUSIVE<br><br>Defendants. | Case No. 2:12-CV-041 KJM GGH PS<br><br>**JOINT STIPULATION FOR WAIVER OF SERVICE OF SUMMONS AND COMPLAINT ON CALIFORNIA RECONVEYANCE COMPANY AND EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[SIGNATURE BY FACSIMILE]**<br><br>Date Action Filed: January 6, 2012<br>Trial Date: Not Yet Assigned |

Pro Se Plaintiffs TAMI TAVAKE and SAMUEI TAVAKE ("Plaintiffs") and Defendants JPMORGAN CHASE BANK, N.A.(erroneously sued herein as JPMORGAN BANK OR CHASE) ("Chase") and CALIFORNIA RECONVEYANCE COMPANY ("CRC") (collectively, "Defendants") by and through its counsel of record, Bryan Cave LLP, stipulate and agree as follows:

1. WHEREAS Plaintiffs filed their original Complaint in this action on January 6, 2012;

2. WHEREAS, pursuant to the parties' previous stipulation which was granted by the Court on May 29, 2012, Chase's responsive pleading to Plaintiffs' original Complaint was due on or before August 14, 2012 (Dkt. # 15);

3. WHEREAS on or around July 19, 2012, Plaintiffs filed a First Amended Complaint ("FAC") against Defendants, Mariners Capital, Inc. One Mortgage Corporation, and Washington Mutual Bank, FA.

4. WHEREAS on or around July 26, 2012, the Court issued a Summons to Defendants, Mariners Capital, Inc. One Mortgage Corporation, and Washington Mutual Bank, FA.

5. WHEREAS, Plaintiffs served Chase with the FAC on or around July 18, 2012 by U.S. Mail.

6. WHEREAS CRC has agreed to waive service of the Summons and FAC.

7. WHEREAS Plaintiffs agree to provide Chase an extension of time to respond to the FAC on or before August 20, 2012.

8. WHEREAS Defendants' responsive pleading to Plaintiffs FAC is due on or before August 20, 2012.

9. WHEREAS the parties agree that the extension requested herein is not requested for purposes of delay and will not result in any prejudice to the parties or to the Court;

JOINT STIPULATION FOR WAIVER OF SERVICE AND EXTENSION OF TIME TO RESPOND TO FAC

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiffs and Defendants, and subject to the approval of the Court, that:

1. CRC has agreed to waive service of the Summons and FAC.
2. The time for Defendants to file a responsive pleading shall be August 20, 2012;

**IT IS SO STIPULATED.**

Dated: August_____, 2012          **BRYAN CAVE LLP**
                                    C. Scott Greene
                                    Tina L. Naicker


                                    By:_____
                                          Tina L. Naicker
                                    Attorneys for Defendants
                                    JPMORGAN CHASE BANK, N.A. AND
                                    CALIFORNIA RECONVEYANCE COMPANY


Dated: August_____, 2012          **PRO SE PLAINTIFFS**
                                    Tami Tavake and Samuei Tavake


                                    By:_____
                                          Tami Tavake
                                    PRO SE PLAINTIFF


Dated: August_____, 2012          **PRO SE PLAINTIFFS**
                                    Tami Tavake and Samuei Tavake


                                    By:_____
                                          Samuei Tavake
                                    PRO SE PLAINTIFF

Tavake0041.eot.wpd

**ORDER**

The Court, having reviewed the parties' Stipulation, hereby orders as follows:

1. Defendants JPMorgan Chase Bank, N.A. and California Reconveyance Company shall file a responsive pleading to Plaintiffs' First Amended Complaint on or before August 20, 2012.

**IT IS SO ORDERED.**

Dated: August 13, 2012

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

Tavake0041.eot.wpd