1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TAMI TAVAKE, *et al.*,

11          Plaintiffs,                          No. CIV 2:12-cv-0041 KJM AC PS

12       vs.

13   CHASE BANK, *et al.*,

14          Defendants.                          ORDER

15   _____/

16          Plaintiffs are proceeding in this action in pro per and in forma pauperis.  The

17   matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

18          On December 6, 2012, the magistrate judge filed findings and recommendations,

19   which were served on plaintiffs and which contained notice to the parties that any objections to

20   the findings and recommendations were to be filed within fourteen days.  Plaintiffs have filed

21   objections to the findings and recommendations, as has defendant Option One.

22          In accordance with the provisions of 28 U.S.C. § 636(b)(1)© and Local Rule

23   304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file,

24   the court adopts the findings and recommendations in part.

25          As explained in the findings and recommendations, plaintiffs have failed to state a

26   claim under RESPA, 12 U.S.C. § 2605(e), and have not alleged specific facts against Option

1

1    One.  In their closing objections, plaintiffs suggest they can plead a RESPA claim against Option

2    One because it transferred the loan to WaMu without giving them notice.  (ECF 44 at 1-2. )

3    However, in their opposition to the motions to dismiss, they identify Option One as trustee.

4    (ECF No. 37 at 3 ¶ 2.)  Thus, even if the RESPA claim had been filed within the applicable

5    statute of limitations, it does not appear that plaintiffs could save it by amendment consonant

6    with Rule 11 of the Federal Rules of Civil Procedure.  Accordingly, plaintiff's claim against

7    Option One must be dismissed

8           In their objections to the findings and recommendations, plaintiffs request leave

9    to amend their complaint to allege that JP Morgan violated RESPA because it did not notify

10   plaintiffs that it was the new servicer of their loan.  (ECF 40 at 2.)  "Each servicer of any

11   federally related mortgage loan shall notify the borrower in writing of any assignment, sale, or

12   transfer of the servicing of the loan to any other person." 12 U.S.C. § 2605(b)(1).  Although

13   allowing plaintiffs to amend their complaint to state a claim under section 2605(e) would be

14   futile for the reasons explained in the findings and recommendations, it is not clear at this point

15   that plaintiffs cannot state a claim under section 2605(b)(1).  Plaintiffs are granted leave to

16   amend the RESPA cause of action in their complaint to state a claim under 2605(b)(1) only.  If

17   they are able to state such a federal claim, they may be able to pursue their state law claims as

18   well.

19           Accordingly, IT IS HEREBY ORDERED that:

20           1. The findings and recommendations filed December 6, 2012 are adopted in part

21   as follows:

22               a. Defendant Option One Mortgage Corporation's August 15, 2012 motion to

23               dismiss is granted;

24               b. Defendants JPMorgan and California Reconveyance Company's motion to

25               dismiss is granted with respect to plaintiff's RESPA claim, but plaintiffs are given

26               leave to amend this portion of the complaint as set forth above;

1        2.  As the magistrate judge did not address in substance plaintiffs' state law

2  claims against JP Morgan and California Reconveyance Company, the motion to dismiss is

3  denied as to those claims and they may be included in any amended complaint; and

4        3.  Plaintiffs' amended complaint is due within twenty one days of the date of this

5  order.

6  DATED: March 30, 2013.

7

8  _____
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3