UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI TAVAKE and SAMUEL TAVAKE,<br><br>              Plaintiffs,<br><br>     v.<br><br>CHASE BANK, et al.,<br><br>              Defendant. | No. 2:12-CV-0041 KJM AC<br><br>ORDER |

This case was on calendar on January 23, 2014 for a status conference. Plaintiffs did not appear. Tina Naicker appeared telephonically for defendants Chase Bank, Washington Mutual Bank, JP Morgan Bank and California Reconveyance Company; Bruce Bauer appeared telephonically to monitor the proceedings on behalf of Option One Mortgage, which has been dismissed from the case.

After some discussion with counsel, the court referred the matter for settlement. Magistrate Judge Carolyn K. Delaney has been randomly selected. A settlement conference is scheduled before Judge Delaney for March 21, 2014 at 9:30 a.m. in Courtroom No. 24, 8th Floor.

The parties are directed to submit confidential settlement conference statements to chambers seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. Each party is reminded of the requirement

that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. See Local Rule 270.

Plaintiffs are ordered to be present at the settlement conference. Should they fail to appear, the court may order that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: February 4, 2014.

_____
UNITED STATES DISTRICT JUDGE